**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

PATRICK A. CANNAVAN,

Plaintiff,

v.

NEWSOM, et al.,

Defendants.

Case No. 1:26-cv-06152 JLT EGC (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION AS DUPLICATIVE, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE

(Doc. 12)

Plaintiff is proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983. The assigned magistrate judge screened the complaint found this action is duplicative of *Cannavan v. Newsom*, Case No. 1:26-cv-05670-FJS (PC) ("*Cannavan I*"), which was filed on July 20, 2026, and remains pending. (Doc. 12 at 1-4.) Therefore, the magistrate judge recommended the dismissal of this action. (*Id.* at 4.)

Plaintiff timely filed objections, but he does not identify any unique allegations that support a conclusion this action should be permitted to proceed as a separate matter. (*See generally* Docs. 13, 14.) Moreover, the list of individuals in the objections—named as those Plaintiff believes violated his civil rights— includes the defendants named as in *Cannavan I.* (*See* Doc. 13 at 8-9.)

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations

are supported by the record and proper analysis. The Court finds that this new action is duplicative and, as such, frivolous and malicious, in that it is being filed for purposes of harassment only. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on September 11, 2026 (Doc. 12) are **ADOPTED** in full.
2. This action is **DISMISSED** without prejudice as duplicative, frivolous and malicious.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: _September 28, 2026_

UNITED STATES DISTRICT JUDGE